■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN RODRIGUEZ, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Naro, J.), rendered July 27, 1981, convicting him of attempted robbery

in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.